UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:ll-cv-00472-FL

NORTH CAROLINA RIGHT TO LIFE )
POLITICAL ACTION COMMITTEE and )
NORTH CAROLINA RIGHT TO LIFE )
COMMITTEE FUND FOR INDEPENDENT )
EXPENDITURES, )
 )
               Plaintiffs, )
    v. )
 )
LARRY LEAKE, in his official capacity as )
Chairman of the North Carolina State Board )
of Elections, CHARLES WINFREE, in his )
official capacity as a member of the North )    **ORDER GRANTING MOTION TO**
Carolina State Board of Elections, RONALD )    **SUBSTITUTE DEFENDANT PARTIES**
G. PENNY, in his official capacity as a )
member of the North Carolina State Board of )
Elections, JOHN HEMPHILL, in his official )
capacity as a member of the North Carolina )
State Board of Elections, ROBERT CORDLE, )
in his official capacity as a member of the )
North Carolina State Board of Elections, J. )
DOUGLAS HENDERSON, in his official )
capacity as the Guilford County District )
Attorney, and ROY COOPER, in his official )
capacity as the Attorney General of North )
Carolina, )
 )
               Defendants. )
 )

      Defendants moved pursuant to Federal Rule of Civil Procedure 25(d) to substitute Ronald G. Penny in his official capacity as a member of the North Carolina State Board of Elections as the successor to Anita S. Earls and John Hemphill in his official capacity as a member of the

North Carolina State Board of Elections as the successor to Bill W. Peaslee. For good cause shown the motion is granted and the caption above reflects the substitution of parties.

SO ORDERED this __16th__ day of April, 2012.

_____
LOUISE W. FLANAGAN
United States District Judge