UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| NORTH CAROLINA RIGHT TO LIFE POLITICAL ACTION COMMITTEE and NORTH CAROLINA RIGHT TO LIFE COMMITTEE FUND FOR INDEPENDENT POLITICAL EXPENDITURES,<br><br>        Plaintiffs,<br><br>v.<br><br>LARRY LEAKE, in his official capacity as a member of the North Carolina State Board of Elections; CHARLES WINFREE, in his official capacity as a member of the North Carolina State Board of Elections; ROBERT CORDLE, in his official capacity as a member of the North Carolina State Board of Elections; J. DOUGLAS HENDERSON, in his official capacity as the Guildford County District Attorney; ROY COOPER, in his official capacity as the Attorney General of North Carolina; RONALD G. PENNY, in his official capacity as a member of the North Carolina State Board of Elections; and, JOHN HEMPHILL, in his official capacity as a member of the North Carolina State Board of Elections,<br><br>        Defendants. | **JUDGMENT**<br><br>No. 5:11-CV-472-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiffs' motion for summary judgment and the defendants' motion to dismiss for lack of jurisdiction, or in the alternative, motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 18, 2012, and for the reasons set forth more specifically therein, that plaintiffs' motion for summary judgment is granted and defendants' motion to dismiss, or in the alternative, motion for summary judgment is denied. Further, defendant J. Douglas Henderson, district attorney of Guilford County, and defendant Roy Cooper, Attorney General of North Carolina, are dismissed from this action.

**This Judgment Filed and Entered on May 21, 2012, and Copies To:**
James Bopp, Jr. (via CM/ECF Notice of Electronic Filing)
Anita Y. Woudenberg (via CM/ECF Notice of Electronic Filing)
Thomas J. Ashcraft (via CM/ECF Notice of Electronic Filing)
Susan Kelly Nichols (via CM/ECF Notice of Electronic Filing)

May 21, 2012                  JULIE A. RICHARDS, CLERK
                                            /s/ Christa N. Baker
                                            (By) Christa N. Baker, Deputy Clerk